Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana ▼

#### Evansville Division

**FILED**

DEC 1 ͻ 2025

U.S. DISTRICT COURT
EVANSVILLE, INDIANA

Robert Andrew Moore

)    Case No.
)
)    *(to be filled in by the Clerk's Office)*
)
)    **3:25-cv-277-RLY-CSW**
)
*Plaintiff(s)*    )    Jury Trial: *(check one)* ✔ Yes ☐ No
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Warrick County, Indiana
Kelly Ferguson - Guardian ad Litem - Official Capacity

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Andrew Moore |
| Address | 3327 East Hwy 144 |

| | | |
|---|---|---|
| Hardinsburg | KY | 40143 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Breckinridge |
| Telephone Number | 812-568-3315 |
| E-Mail Address | rmoore0088@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Warrick County, IN |
| Job or Title *(if known)* | Ziemer, Stayman, Weitzel & Shoulders, LLP - Cliff Whitehead |
| Address | 20 NW First Street |

| | | |
|---|---|---|
| Evansville | IN | 47706 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Warrick |
| Telephone Number | (812) 424-7575 - Ext. 277 |
| E-Mail Address *(if known)* | CWhitehead@zsws.com |

[ ] Individual capacity    [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Guardian ad Litem Kelly Ferguson – Official Capacity |
| Job or Title *(if known)* | Warrick County Guardian ad Litem |
| Address | Judicial Center-Suite 360, One County Square |

| | | |
|---|---|---|
| Boonville | IN | 47601 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Warrick |
| Telephone Number | 812-897-6130 |
| E-Mail Address *(if known)* | kferguson@warrickcounty.gov |

[ ] Individual capacity    [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

|  | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity　　☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

|  | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity　　☐ Official capacity

## II.　Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.　Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Fourteenth Amendment – Procedural Due Process; Fourteenth Amendment – Equal Protection; Fourteenth Amendment – Fundamental Parental Liberty Interest; First Amendment (via Fourteenth Amendment) – Parental Speech; Second Amendment – Burden on Firearm Possession

C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Defendant Kelly Ferguson-Official Capacity, conducted an investigation and made recommendation without providing Plaintiff an opportunity to rebut allegations or challenge the factual basis of allegations
Defendant Warrick County - constitutional injuries were caused by county-administered policies, customs, or practices—including inadequate training and supervision of Guardian ad Litem investigations and the absence of procedures to ensure enforcement of compulsory process.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Warrick County Superior Court 1 - Boonville, IN

B.    What date and approximate time did the events giving rise to your claim(s) occur?
May 25, 2025; August 8th 2025; September 8th 2025

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
A valid subpoena was issued and served for time-card and employment records relevant to contested issues. The records were never produced, despite being brought to the court's attention on the record. I was required to proceed without the subpoenaed evidence.
I was limited in my ability to participate in the hearing, including restrictions on cross-examination, the inability to rebut statements presented against me, and denial of a closing argument.
Parenting restrictions were imposed without evidentiary support, including limitations on how I could communicate with my children. Statements made by the Guardian ad Litem (GAL) were treated as factual even though I was not permitted to rebut the allegations against prior to her recommendations. These actions resulted in collateral consequences, including restrictions that prevent me from possessing or carrying a firearm and reputational harm that may affect employment background checks.

These events occurred on the record and were witnessed by the presiding judge, opposing counsel, the GAL, and court staff.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have experienced ongoing emotional, mental, and psychological harm as a result of the events described above, including anxiety, fear, and stress related to the restrictions placed on my parental rights and the procedures used against me. These issues have been addressed in therapy, where I am receiving treatment to manage the emotional impact of the court proceedings and the uncertainty they have created in my daily life. This treatment reflects the continuing nature of the harm I have experienced.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
I request:

1. Compensatory damages for constitutional injury, emotional distress, reputational harm, relational harm, and financial losses.

2. Any appropriate injunctive or declaratory relief the Court finds necessary to prevent similar conduct in the future.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            12/12/2025

Signature of Plaintiff        /s/ Robert Andrew Moore

Printed Name of Plaintiff      Robert Andrew Moore

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address